IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
2013 APR -5 PM 3: 21
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CRIMINAL NO. SA-12-CR-324-FB |
| DELFINA CASTILLON (5), | ) |
| Defendant. | ) |

## SUPERSEDING CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

Count One

On or about February 7, 2011, in the Western District of Texas, Defendant

DELFINA CASTILLON (5),

having knowledge of the commission of a felony cognizable by a Court of the United States, that is, that ISRAEL CASTILLO and others did knowingly and intentionally possess with the intent to distribute a controlled substance, which offense involved a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(C), willfully did conceal the same by allowing said cocaine and the subsequent proceeds of the sale of that cocaine to be concealed in her house, and did not, as soon as possible, make known the commission of said felony to a judge or other person in civil or military authority within the United States, in violation of Title 18, United

1

States Code, Section 4.

                Respectfully submitted,

                ROBERT PITMAN
                UNITED STATES ATTORNEY

                _____
                GREGORY J. SUROVIC
                Assistant United States Attorney
                601 NW Loop 410, Suite 600
                San Antonio, Texas 78216
                (210)384-7025
                FAX:(210)384-7028